UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

WALKER & SONS, INC.  CIVIL ACTION NO. 9-CV-1822

VERSUS  JUDGE HAIK

PUNCH YA DADDY LLC, ET AL  MAGISTRATE JUDGE HILL

### MINUTES OF SETTLEMENT CONFERENCE

On Thursday, January 26, 2012, the undersigned magistrate judge held a settlement conference in this matter, commencing at 2:00 p.m. and concluding at 5:05 p.m.[1]  Participating in the conference were the following:

- Ryan Goudelocke and Bill Stagg, legal counsel for the plaintiff, Walker and Sons, Inc.

- Joe Walker and Tony Walker, representatives of Walker and Sons Inc.

- Chris Riviere, legal counsel for the defendant Punch Ya Daddy LLC, and

- Kirby Falcon, representative of Punch Ya Daddy LLC

At the conclusion of the conference, the parties reached an amicable settlement, which was recited in open court and placed on the court record.

---

[1] Statistical time: 3 hours and 5 minutes.

1

IT IS ORDERED that the photograph marked as Court Exhibit 1 attached hereto be filed into the record.

A sixty-day order of dismissal will be entered, removing this case from the trial docket of February 6, 2012. The court will retain jurisdiction over the settlement of the case under *Kokkonen v. Guardian Life*, 511 U.S. 375, 114 S.Ct. 1673 (1994).

Signed at Lafayette, Louisiana on January 27, 2012.

Patrick J. Hanna
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)