UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE  DIVISION

WALKER & SONS, INC.

_____          CIVIL NO 09CV1822

VERSUS                                             JUDGE HAIK
                                                   MAGISTRATE JUDGE HILL
PUNCH YA DADDY LLC, ET AL

**EXHIBITS**

PARTY:___Court_____

| EXHIBIT NUMBER | DESCRIPTION & REMARKS | IDENTI-FIED | OFFERED | ADMITTED | WITNESS |
|---|---|---|---|---|---|
| 1 | Photograph | x | x | 1/26/12 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

_____Page __1___ of __1___ Page(s)_____